Fill in this Information to identify the case:

| Debtor 1 | Christopher | Michael | Palmer |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Tracy | Lynn | Palmer |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern    District of Tennessee

(State)

Case number: 21-11335-NWW

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **$2324.48** |
|---|---|
| Claimant's Name: | Christopher Michael Palmer and Tracy Lynn Palmer |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1717 Longview Street<br>Hixson, TN 37343<br>706-483-1155<br>shane131355@gmail.com |

### 2.  Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
See attached affidavits.

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3.  Applicant Information

Applicant represents the following:

☑ Applicant is the Claimant.
☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
☐ Applicant is a representative of the deceased Claimant's estate.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4. Supporting Documentation**

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney's Office (Civil Division)
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, *see, e.g.*, 18 U.S.C. § 152.

Date: June 9, 2026

Signature of Applicant

Christopher Michael Palmer

Printed Name of Applicant

Address:   1717 Longview Street
Hixson, TN  37343
706-483-1155

Telephone:   706-483-1155

Email:   shane131355@gmail.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, *see, e.g.*, 18 U.S.C. § 152.

Date: June 9,2 026

Signature of Co-Applicant (if applicable)

Tracy Lynn Palmer

Printed Name of Co-Applicant (if applicable)

Address:   1717 Longview Street
Hixson, TN  37343

Telephone:   423-320-3655

Email:   tracysmith.5119@gmail.com

**7. Notarization**
STATE OF Georgia

COUNTY OF Walker

This Application for Unclaimed Funds, dated
June 9, 2026 was subscribed and sworn to before me this 9th day of June , 20 26 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) — Notary Public  *Teresa J Perdue*

My commission expires: 12/27/27

**7. Notarization**
STATE OF Georgia

COUNTY OF Walker

This Application for Unclaimed Funds, dated
June 9,2 026 was subscribed and sworn to before me this 9th day of June , 20 2026 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) — Notary Public  *Teresa J Perdue*

My commission expires: 12/27/27

Form 1340   Application for Payment of Unclaimed Funds   Page 2